UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Alexis Alegria,

    Petitioner

v.

Nevada Attorney General, et al.,

    Respondents

Case No. 2:24-cv-01868-CDS-NJK

**Order Granting Petitioner's Motion for Extension of Time**

[ECF No. 8]

    In this habeas corpus action, the petitioner, Alexis Alegria, represented by appointed counsel, had until January 13, 2025, to either pay the filing fee or file an application to proceed *in forma pauperis.* ECF No. 7. On January 13, Alegria filed a motion for extension of time, requesting a 60-day extension, to March 14. ECF No. 8. This would be the first extension of this deadline. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. However, a 60-day extension of time to pay the filing fee or file an application to proceed *in forma pauperis* would be excessive—Alegria has already had 47 days since the scheduling order (ECF No. 7) was entered to do so. The Court will grant Alegria a 30-day extension. *The Court will not look favorably upon any motion to further extend this deadline.*

    IT IS THEREFORE ORDERED that petitioner's motion for extension of time **[ECF No. 8] is GRANTED in part** and denied in part. Petitioner will have until and including **February 12, 2025**, to either pay the $5 filing fee for this action or file an application to proceed *in forma pauperis.* In all other respects, the schedule for further proceedings set forth in the order entered November 27, 2024 (ECF No. 7) remains in effect.

Dated: January 16, 2025

_____
Cristina D. Silva
United States District Judge