# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alexis Alegria,<br><br>        Petitioner<br><br>v.<br><br>Nevada Attorney General, et al.,<br><br>        Respondents | Case No. 2:24-cv-01868-CDS-NJK<br><br>**Order Granting Petitioner's Motions for Enlargement of Time**<br><br>[ECF Nos. 10, 11] |

      In this habeas corpus action, after a 30-day extension of time, the petitioner, Alexis Alegria, represented by appointed counsel, had until February 12, 2025, to either pay the filing fee or file an application to proceed *in forma pauperis.* ECF Nos. 7, 9. On February 12, Alegria filed a motion for extension of time, requesting a further extension of this deadline to March 7, an extension of twenty-three days. ECF No. 10. *Alegria's counsel indicates that this will be the last motion to extend this deadline. Id.* at 2. I find that this motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. I will grant the requested extension of time. However, *I will not be inclined to further extend this deadline.*

      Also, Alegria was due to file a counseled amended habeas petition by February 27, 2025. ECF No. 7. On February 27 Alegria filed a motion for extension of time, requesting a ninety-day extension of that deadline, to May 28, 2025. Counsel states that this extension is necessary because of their need to meet with Alegria, because of obligations in other cases, and because of anticipated medical leave. I find that this motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. I will grant this extension of time. In granting this extension of time—or any extension of time—I do not mean to affect in any manner, or comment upon, the operation of any applicable statute of limitations.

1. I therefore order that petitioner's motion for enlargement of time to pay filing fee **[ECF No. 10] is GRANTED**. Petitioner will have until and including **March 7, 2025**, to either pay the $5 filing fee or file an application to proceed *in forma pauperis*.

I further order that petitioner's motion for enlargement of time in which to file petitioner's first amended § 2254 petition **[ECF No. 11] is GRANTED**. Petitioner will have until and including **May 28, 2025**, to file an amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered November 27, 2024 (ECF No. 7) remains in effect.

Dated: March 3, 2025

_____
Cristina D. Silva
United States District Judge

2