# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Alexis Alegria,

        Petitioner

v.

Nevada Attorney General, et al.,

        Respondents

Case No. 2:24-cv-01868-CDS-NJK

**Order Granting Petitioner's Motion for Extension of Time**

[ECF No. 14]

        In this habeas corpus action, after a ninety-day extension of time, the petitioner, Alexis Alegria, represented by appointed counsel, was due on May 28, 2025, to file an amended habeas petition. *See* ECF Nos. 7, 12. On May 28 Alegria filed a motion for extension of time, requesting a further 114-day extension, to September 19, 2025. ECF No. 14. Counsel states that this extension is necessary because of the time it is taking to investigate the case. And counsel represents that the respondents do not oppose the motion for extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. I will grant this extension of time. In granting this extension of time—or any extension of time—I do not mean to comment upon, or affect in any manner, the operation of any applicable statute of limitations.

        I therefore order that petitioner's motion for extension of time **[ECF No. 14] is GRANTED**. Petitioner will have until and including **September 19, 2025**, to file an amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered November 27, 2024 (ECF No. 7) remains in effect.

        Dated: June 17, 2025

                                          _____
                                          Cristina D. Silva
                                          United States District Judge