UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Alexis Alegria,

              Petitioner

v.

William Reubart, et al.,

              Respondents

Case No. 2:24-cv-01868-CDS-NJK

**Order Granting Petitioner's
Motion for Extension of Time**

[ECF No. 39]

In this habeas corpus action, the respondents filed a motion to dismiss on March 30, 2026. ECF No. 37. The petitioner, Alexis Alegria, represented by appointed counsel, was to file a response to the motion to dismiss by May 29, 2026. *See* ECF No. 7 (60 days for response to motion to dismiss). On May 29, Alegria filed a motion for extension of time, requesting a 45-day extension, to July 13, 2026. ECF No. 39. Alegria's counsel states that the extension is necessary because of obligations in other cases. Counsel represents that the respondents do not oppose the extension. The Court finds that the motion for an extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that the petitioner's motion for extension of time **[ECF No. 39] is GRANTED**. Petitioner will have until and including July 13, 2026, to respond to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the scheduling order entered November 27, 2024 (ECF No. 7) will remain in effect.

Dated: June 1, 2026

_____
Cristina D. Silva
United States District Judge