Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org

*Attorney for Petitioner Alexis Alegria

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Alexis Alegria,

Petitioner

v.

William Reubart, *et al.*,

Respondents

Case No. 2:24-cv-01868-CDS-NJK

**Order Granting Unopposed motion for extension of time in which to file Petitioner's opposition to Respondents' motion to dismiss**

**(Third request)**

[ECF No. 43]

Petitioner Alexis Alegria respectfully moves this Court for an extension of time of 35 days from August 27, 2026, up to and including October 1, 2026, to file her opposition to Respondents' motion to dismiss.

## Argument

1. Petitioner submitted her pro se habeas petition for filing with the Florence McClure Women's Correctional Center on October 7, 2024. ECF No. 1-1. The Court appointed counsel on October 23, 2024. ECF No. 3. Assistant Federal Public Defender Alicia R. Intriago filed her appearance on November 25, 2024. ECF No. 6. Through counsel, petitioner filed a protective federal petition on September 18, 2025, as well as a second amended petition on December 15, 2025. ECF Nos. 17, 24. On March 30, 2026, Respondents filed a motion to dismiss the second amended petition. ECF No. 37.

2. Counsel now seeks a final 35-day extension of time to file the opposition. This is Petitioner's third request for more time to file the opposition.

3. Counsel emailed counsel for Respondents about this request on August 27,2026, and he did not oppose.

4. Counsel's schedule has prevented her from completing and filing the opposition although she has been working on it. Since her last request for more time counsel: filed an amended § 2241 petition on July 14; took annual leave July 17; had a legal visit with a client on July 20; filed a reply brief in support of an amended § 2241 petition on July 20; had primary federal court duty on July 21; took partial medical leave on July 23; filed a reply in support of an amended § 2241 petition on July 28; visited a client at High Desert State Prison on August 3; was out on unexpected medical leave on August 5 and 6; filed a reply and proposed order in a § 2254 case out of the Federal District of Oregon on August 7; submitted an approximately 700-page supplemental packet to the Nevada Pardons Board for her upcoming representation of a client on September 16; filed a supplement in a § 2241 case August 17; filed an AEDPA protective petition for a § 2254 case on August 20; and filed a merits reply for a § 2254 case on August 26.

Counsel has the following deadlines in the next 35 days: an amended § 2241 petition due August 28; a legal visit on September 1 at High Desert State Prison; a Ninth Circuit Opening Brief for a § 2254 case due September 2; a legal visit on September 3 at Florence McLure Women's Correctional Center; an amended § 2241 petition due September 3; a legal visit on September 5 in Carson City with a client to prepare him for his upcoming Pardons Board hearing; a second amended § 2254 petition due September 8; a merits reply for a § 2254 case due September 8; an amended § 2254 petition due September 14; and a Pardons Board hearing on September 16. Counsel is also taking annual leave September 21-25.

5. This motion isn't filed for the purposes of delay but in the interests of justice, as well as in Petitioner's interest. Counsel for Petitioner respectfully requests this Court grant the motion and order the opposition to the motion to dismiss be filed by October 1, 2026.

Dated August 27, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Alicia R. Intriago*
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE

DATED: September 1, 2026