Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org

*Attorney for Petitioner Alexis Alegria

# United States District Court
# District of Nevada

| | |
|---|---|
| Alexis Alegria,<br><br>Petitioner<br><br>v.<br><br>William Reubart, *et al.*,<br><br>Respondents | Case No. 2:24-cv-01868-CDS-NJK<br><br>**Order Granting Petitioner's Unopposed Motion for an Extension of Time to Oppose Respondents' Motion to Dismiss (Fourth request)**<br><br>[ECF No. 45] |

Petitioner Alexis Alegria respectfully moves this Court for a final extension of time of 22 days from October 1, 2026, up to and including October 23, 2026, to file her opposition to Respondents' motion to dismiss.

## ARGUMENT

1. Petitioner submitted her pro se habeas petition for filing with the Florence McClure Women's Correctional Center on October 7, 2024. ECF No. 1-1. The Court appointed counsel on October 23, 2024. ECF No. 3. Assistant Federal Public Defender Alicia R. Intriago filed her appearance on November 25, 2024. ECF No. 6. Through counsel, petitioner filed a protective federal petition on September 18, 2025, as well as a second amended petition on December 15, 2025. ECF Nos. 17, 24. On March 30, 2026, Respondents filed a motion to dismiss the second amended petition. ECF No. 37.

2. Counsel has been working on the opposition but due to her recent schedule and unforeseen circumstances, she needs additional time to complete the opposition.

3. Counsel emailed counsel for Respondents about this request on October 1, 2026, and he indicated he did not object to this request for more time.

4. Since counsel's last request for more time, she: filed an amended § 2241 petition on August 28; had a legal visit on September 1 at High Desert State Prison; filed a Ninth Circuit Opening Brief for a § 2254 case on September 2; had a legal visit on September 3 at Florence McLure Women's Correctional Center; filed an amended § 2241 petition on September 3; had a legal visit on September 5 in Carson City with a client to prepare him for his upcoming Pardons Board hearing; filed an amended § 2241 petition on September 11; travelled to Carson City on September 15 to represent a client at the state Pardons Board hearing on September 16; filed an amended § 2254 petition on September 18; was on pre-planned leave September 21 through 25; filed a reply in support of a § 2241 petition on September 29; and interviewed a witness on September 30.

In the coming three weeks, counsel has the following known obligations: federal court duty representing individuals at initial appearances and detention

hearings on October 2; an amended § 2254 petition due October 5; a brief on equitable tolling in a § 2254 case due October 5; a reply in support of a second amended § 2241 petition due October 6; an amended § 2241 petition due October 6; a merits reply in a § 2254 case due October 9; a motion to reopen a § 2254 case due October 9; an Answering Brief in a § 2254 appeal due October 13; and federal court duty on October 20.

5. This motion isn't filed for the purposes of delay but in the interests of justice, as well as in Petitioner's interest. Counsel for Petitioner respectfully requests this Court grant the motion and order the opposition to the motion to dismiss be filed by October 23, 2026.

Dated October 1, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Alicia R. Intriago*
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE

DATED: October 2, 2026